# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 22, 2022

## NO. 03-19-00070-CV

**Vergo Patio Gardens, Inc., Appellant**

**v.**

**Railroad Commission of Texas, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
REVERSED AND REMANDED ON REHEARING --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on November 19, 2018. The Court's opinion and judgment dated February 10, 2021 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment affirming the Commission's order. Therefore, the judgment of the trial court affirming the Commission's order is reversed, the Commission's order is reversed, and the cause is remanded to the Commission for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.